AO 238
(REV. 8/93)

# United States District Court

FOR THE

DISTRICT OF MD

RECEIVED
U.S. MARSHAL
BALTIMORE, MD

2004 MAY 28 A 9:23

UNITED STATES OF AMERICA
VS.

LEON TRUESDALE

WASHINGTON, D.C. *Defendant.*

07-265-M-01

04-299M

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| | |

FTA - 5-10-04

## FILED

JUN 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

• Collateral in the Amount of $ _____ may be Forfeited in Lieu of Appearance.

Date _May 14, 2004_

_____
United States Magistrate Judge

## RETURN

| RECEIVED | Date 6/5/07 | Location DC District Ct. |
|---|---|---|

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.

| | Date 6/5/07 | Location DC District Crt. —DC |
|---|---|---|

Name _Campos, Anthony_ Title _Dvsn_ District _DC - DC_

Date _6/5/07_ Signature _____

07-265-M-01

# United States District Court
## Violation Notice

Violation No. R 0303291

**FILED**

JUN 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant's Last Name: TRUESDALE  First Name: LEON

WASHINGTON  State: MD  Year: 02  DC

Offense Description:
DRIVING ON SUSPENDED
LICENSE AND PRIVILEGES

YOU MUST APPEAR IN COURT  SEE INSTRUCTIONS
YOU MUST MARK ONE OF THE TWO CHOICES BELOW
AND MAIL THIS FORM WITHIN 21 DAYS  SEE INSTRUCTIONS

☐ I wish to terminate this matter by paying the collateral shown below, enclosed
☐ I plead not guilty and promise to appear as required

YOUR COURT DATE

For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1996

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____
US Magistrate Judge

# United States District Court
## Violation Notice

| Loc Code | Violation No | Officer's Name | Officer No |
|---|---|---|---|
| MY10 | R 0303292 | S.P. TUTOGENE | 1-2199 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged □ CFR □ USC □ State Code |
|---|---|
| 24NOV03 / 8:15AM | 16-112 (c) |

Place of Offense: MY10 / AAFB / PRINCE GEORGES COUNTY

Offense Description: FAIL TO DISPLAY LICENSE UPON DEMAND

Factual Basis for Charge: #1 MALE

| Defendant's Last Name | First Name | M.I. |
|---|---|---|
| TRUESDALE | LEON | |

| City | D.L.State | Social Security No |
|---|---|---|
| WASHINGTON | DC 20002 | |

**VEHICLE DESCRIPTION**

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| MD | MD | 62 | JEEP | BLUE |

| A | □ | YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS |
|---|---|---|
| B | □ | YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS |

— I wish to terminate this matter by paying the collateral shown below, enclosed
— I plead not guilty and promise to appear as required

**YOUR COURT DATE**

| Court Address | Date | Time |
|---|---|---|

| Collateral (fine) | For payment by credit card, SEE INSTRUCTIONS |
|---|---|
| $35.00/100 | Original CVB Copy    Previous edition is obsolete |

(A signature upon issuance is the offender's and will proceed in the Appropriate Central Violations Bureau (Maryland County).)

DD FORM 1805, SEP 1996

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 24 NOV 2003 while exercising my duties as a law enforcement officer in the AAFB District of PRINCE GEORGES COUNTY

OPERATOR APPROACHED AND WAS ASKED FOR DRIVERS LICENSE. OPERATOR STATED HE DID NOT HAVE ONE

The foregoing statement is based upon:
☑ my personal observation
☑ my personal investigation
□ information supplied to me from my fellow officer's observation
□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 24 NOV 03
Date

Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date

U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1996

---

R0303291
TVC(2/1/27)

R0303291
TVC(2/1/27)

CVB Scan 12/24/2003 08:50:40

# United States District Court
## Violation Notice

Loc Code: MYWD

Violation No: R 0303293

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION:**

Date and Time of Offense: 24 NOV 03 / 8:15 PM

Place of Offense: MD STATE / AAFB / PRINCE GEORGE COUNTY

Offense Charged: 16-116 (A)

Offense Description: FAILURE TO NOTIFY ADM COURT OF ADDRESS CHANGE

First Officer Name: S.P. TURGENEW

Officer No: T2199

Defendant's Last Name: TRUESDALE

First Name: LEON

Driver's License No: WASHINGTON

D.L. State: DC

Vehicle Reg No: MD

Vehicle Tag State: MD    Year: 02

VEHICLE DESCRIPTION: DC / DC / JEEP / BLUE

**A** ☐ YOU MUST APPEAR IN COURT  SEE INSTRUCTIONS
**B** ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS  SEE INSTRUCTIONS

☐ I wish to terminate this matter by paying the collateral shown below, enclosed
☐ I plead not guilty and promise to appear as required

Court Address

YOUR COURT DATE
Date
Time

Collateral: $ 35.00/.00

For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1994

Original - CVB Copy    Previous edition obsolete

R0303293R
T90031013l

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 24 NOV 2003 while exercising my duties as a law enforcement officer in the District of PRINCE GEORGE COUNTY

OPERATOR WAS ASKED IF HIS CURRENT ADDRESS WAS ON HIS ID CARD. OPERATOR STATED IT WAS INCORRECT AND THAT HE HAD MOVED OVER 1 YEAR AGO

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 24NOV03
Date
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date
U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1994

CVR Scan 12/24/2003 08:59:40